LOUIS WATERMAN ET AL., RESPONDENTS, v. MAX TAUB ET AL., APPELLANTS.

Submitted October 29, 1925—Decided February 1, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 216.

For the respondents, *Morris Umansky.*

For the appellants, *Tiffany, Brugler & Wiltreich.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ. 13.

*For reversal*—None.